UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>OMAR ROMERO,<br><br>       Defendant. | Case No. 2:21-cr-00146-RFB-NJK<br><br>**ORDER** |

      IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Wednesday, November 20, 2024 at 2:00 p.m. be vacated and continued to January 27, 2025 at the hour of ___2:00 p___.m. in LV Courtroom 3B.

      DATED this 19th of November 2024.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE